UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Andrew Malamis,

        Plaintiff,

CASE NUMBER: 18-13686
HONORABLE VICTORIA A. ROBERTS
MAGISTRATE JUDGE GRAND

v.

Commissioner of Social Security,

        Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

On November 28, 2019, Magistrate Judge Grand issued a Report and Recommendation [Doc. 19], recommending: (1) Defendant's Motion for Summary Judgment be [Doc. 17] be **DENIED**; (2) Plaintiff's Motion for Summary Judgment [Doc. 14] **GRANTED IN PART AND DENIED IN PART**; and, (3) the case be **REMANDED**. Neither party filed objections within the fourteen day period pursuant to Fed.R.Civ.P 72(b) and 28 U.S.C. § 636(b)(1). Accordingly, the Court adopts the Report and Recommendation.

Defendant's motion is **DENIED**; Plaintiff's motion is **GRANTED IN PART AND DENIED IN PART** and this case is **REMANDED** for further proceedings consistent with the Report and Recommendation. Judgment of Remand will enter.

    **IT IS ORDERED**.

                                  s/ Victoria A. Roberts
                                  Victoria A. Roberts
                                  United States District Judge

Dated: December 19, 2019

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on December 19, 2019.

S/Linda Vertriest
Deputy Clerk